# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case  No. 12-41377-JBS |
| | § | |
| SCOTT STEGEMANN | § | |
| JENNIFER STEGEMANN | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>10/18/2012</u>.  The undersigned trustee was appointed on <u>10/18/2012</u>.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.     The trustee realized gross receipts of                                        $839,300.00

       Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $70,728.39 |
| Bank service fees | $1,462.02 |
| Other Payments to creditors | $717,577.99 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $49,531.60 |

    The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing non-governmental claims in this case was <u>05/16/2013</u> and the deadline for filing government claims was <u>05/16/2013</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$45,215.00</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$25,215.00</u>, for a total compensation of <u>$25,215.00</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$13.94</u>, for total expenses of <u>$13.94</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>11/10/2014</u>          By:   <u>/s/ David P. Leibowitz</u>
                                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 12-41377-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | STEGEMANN, SCOTT  AND STEGEMANN, JENNIFER | Date Filed (f) or Converted (c): | 10/18/2012 (f) |
| For the Period Ending: | 11/10/2014 | §341(a) Meeting Date: | 12/10/2012 |
| | | Claims Bar Date: | 05/16/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | 1140 W. Oakdale Ave. Unit 1, Chicago, IL 60657 | $725,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Liquidating property. | | | | | |
| 2 | 3626 N. Wilton Ave., Chicago, IL | $1,000,000.00 | $0.00 | | $0.00 | FA |
| 3 | 1423 W. Wolfram Ave., Chicago, IL 60657 | $800,000.00 | $0.00 | | $0.00 | FA |
| 4 | 3544 N. Wilton Ave. Chicago, IL 60657 | $800,000.00 | $32,250.00 | | $831,500.00 | FA |
| 5 | Time Share (Marriott vacation club, Kuaui) | $20,000.00 | $15,774.28 | | $0.00 | FA |
| **Asset Notes:** | Liquidation of timeshares. | | | | | |
| 6 | Time share (Mariot Vacation Club in Williamsburg VA) | $10,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Liquidation of timeshares. | | | | | |
| 7 | Cash on hand | $121.00 | $0.00 | | $0.00 | FA |
| 8 | Checking account with Fifth Third Bank (6561) | $1,789.20 | $0.00 | | $0.00 | FA |
| 9 | Checking account with Citibank (7154) | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Checking account with Citi (0349) | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Checking accout with Citi (3436) | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Checking Account with Citi (2324) | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Checking account with Fifth Third Bank for Chicago Walk-Ups, LLC (4271) | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Checking Account with Fifth Third Bank (2168) | $94.82 | $0.00 | | $0.00 | FA |
| 15 | Checking Account with Fifth Third Bank for 3626 N. Wilton (2794) | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Checking Account with Fifth Third Bank for 3544 N. Wilton (2828) | $48.29 | $0.00 | | $0.00 | FA |
| 17 | Checking Account with Fifth Third Bank for 1423 W. Wolfram (2810) | $20.97 | $0.00 | | $0.00 | FA |
| 18 | Minor Savings Account with Fifth Third Bank (9773) | $0.00 | $0.00 | | $0.00 | FA |
| 19 | Checking account with Fifth Third Bank for Opis Resources, Inc.(4552) | $0.00 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No.: | 12-41377-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | STEGEMANN, SCOTT  AND STEGEMANN, JENNIFER | Date Filed (f) or Converted (c): | 10/18/2012 (f) |
| For the Period Ending: | 11/10/2014 | §341(a) Meeting Date: | 12/10/2012 |
| | | Claims Bar Date: | 05/16/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 20 | Checking account with Citi for 1140 W. Oakdale (0003) | $0.00 | $0.00 | | $0.00 | FA |
| 21 | Minor Savings Account with Fifth Third Bank (9658) | $0.00 | $0.00 | | $0.00 | FA |
| 22 | Checking Account with Bank of Georgetown (3985) | $200.00 | $0.00 | | $0.00 | FA |
| 23 | Checking Account with Georgetown Bank for Opis Resources, Inc. (5822) ($100) | $0.00 | $0.00 | | $0.00 | FA |
| 24 | Household goods and furnishings | $2,500.00 | $0.00 | | $0.00 | FA |
| 25 | Clothing and other wearing apparel | $200.00 | $0.00 | | $0.00 | FA |
| 26 | Wedding ring | $1,000.00 | $0.00 | | $0.00 | FA |
| 27 | Term life insurance with Northwestern Mutual (No cash value) | $0.00 | $0.00 | | $0.00 | FA |
| 28 | Term life insurance policies with Northwestern Mutual (No cash value) | $0.00 | $0.00 | | $0.00 | FA |
| 29 | Whole Life Insurance with Northwester Mutual (net value) | $3,814.89 | $0.00 | | $0.00 | FA |
| 30 | Whole Life Insurance with Northwestern Mutual (net value) | $683.80 | $0.00 | | $0.00 | FA |
| 31 | Whole Life insurance with Northwestern Mutual (net value) | $970.54 | $0.00 | | $0.00 | FA |
| 32 | Chicago Walk-Ups LLC | $0.00 | $0.00 | | $0.00 | FA |
| 33 | Opis Resources, Inc | $0.00 | $0.00 | | $0.00 | FA |
| 34 | Judgement against Jennifer Erhardt ($20,047.48) | $0.00 | $20,047.48 | | $0.00 | FA |
| 35 | 1986 Buick Regal Grand National with 75k miles (not in running condition) | $3,000.00 | $0.00 | | $0.00 | FA |
| 36 | 2012 Mercedes R350 (lease vehicle) | $0.00 | $0.00 | | $0.00 | FA |
| 37 | Rents                    (u) | Unknown | $7,800.00 | | $7,800.00 | FA |

Asset Notes:      Rents from 3544 N. Wilton Ave. Chicago, IL 60657

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|---|
| | $3,369,443.51 | $75,871.76 | | $839,300.00 | $0.00 |

**Major Activities affecting case closing:**

| 11/07/2014 | Prepared TFR for Trustee's Review |
|---|---|
| 05/06/2014 | Email to DA RE: Breakdown of payment paid to Wells Fargo |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No.: | 12-41377-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | STEGEMANN, SCOTT  AND STEGEMANN, JENNIFER | Date Filed (f) or Converted (c): | 10/18/2012 (f) |
| For the Period Ending: | 11/10/2014 | §341(a) Meeting Date: | 12/10/2012 |
| | | Claims Bar Date: | 05/16/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| | | |
|---|---|---|
| 04/23/2014 | Followed up with Accoutant RE: Tax return | |
| 12/09/2013 | Prepared Motion to Employ Lois West | |
| 06/25/2013 | Awaiting documentation on timeshares | |
| | 3544 Wilton sold | |
| 03/08/2013 | 5/3 bank bankruptcy department 1-877-812-0490 | |
| | National Bankruptcy Service represents 5/3 bank. | |
| 02/28/2013 | Selling Property at 3544 Wilton - Motion to Sell Drafted - Received Cash offer of $851,000.00 | |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 |
| **Current Projected Date Of Final Report (TFR):** | 12/15/2014 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

Page No:1

Exhibit B

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-41377-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | STEGEMANN, SCOTT  AND STEGEMANN, JENNIFER | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1734 | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | **-***1735 | Account Title: | |
| For Period Beginning: | 10/18/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/10/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/07/2013 | (37) | Gary V Roegiers | Rent Payment 3544 N. Wilton | 1222-000 | $1,800.00 | | $1,800.00 |
| 03/07/2013 | (37) | Gary V Roegiers | Rent payment for 3455 N. Wilton | 1222-000 | $1,800.00 | | $3,600.00 |
| 03/18/2013 | (37) | Gary V Roegiers | Rent Payment 3544 N. Wilton | 1222-000 | ($1,800.00) | | $1,800.00 |
| 03/18/2013 | (37) | Timothy Shanahan | 3544 N. Wilton #1 | 1222-000 | $700.00 | | $2,500.00 |
| 03/18/2013 | (37) | Anthony D. Beamish | 3544 N. Wilton #1 | 1222-000 | $700.00 | | $3,200.00 |
| 03/18/2013 | (37) | Andrew J. Kubinski | 3544 N. Wilton | 1222-000 | $700.00 | | $3,900.00 |
| 03/25/2013 | (37) | Gary V. Roegiers | Rent | 1222-000 | $1,800.00 | | $5,700.00 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.70 | $5,695.30 |
| 04/08/2013 | (37) | Timothy Shanahan | Rent 3544 N. Wilton #1 | 1222-000 | $700.00 | | $6,395.30 |
| 04/08/2013 | (37) | Andrew J. Kubinski | Rent 3544 N. Wilton | 1222-000 | $700.00 | | $7,095.30 |
| 04/08/2013 | (37) | Anthony D. Beamish | Rent | 1222-000 | $700.00 | | $7,795.30 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.64 | $7,784.66 |
| 05/01/2013 | | Chicago Title and Trust Company | Carveout Agreement | * | $45,000.00 | | $52,784.66 |
| | {4} | | $831,500.00 | 1110-000 | | | $52,784.66 |
| | | | Commission paid at Settlement to Oracle Realty LLC  $(40,285.00) | 3510-000 | | | $52,784.66 |
| | | | Other Charges  $(288.00) | 2500-000 | | | $52,784.66 |
| | | | Transfer taxes  $(3,741.75) | 2500-000 | | | $52,784.66 |
| | | | Proceeds to Diasem Investments LTD  $(72,933.69) | 4110-000 | | | $52,784.66 |
| | | | Proceeds to Alex Ricconini  $(8,103.75) | 4110-000 | | | $52,784.66 |
| | | | Water Bill to Chicago Title  $(177.30) | 2500-000 | | | $52,784.66 |
| | | | Seller Attorney Fee to Berg & Berg  $(1,000.00) | 3991-000 | | | $52,784.66 |
| | | | Survey to Preferred Survey  $(325.00) | 2500-000 | | | $52,784.66 |
| | | | Zoning Cert to Berg & Berg  $(120.00) | 2500-000 | | | $52,784.66 |
| | | | Payoff of first mortgage loan to Wells Fargo  $(636,540.55) | 4110-000 | | | $52,784.66 |
| | | | Earnest Money Retained by Broker applied to his commissions  $(10,000.00) | 3510-000 | | | $52,784.66 |
| | | | Sellers credit for Owners Policy  $(2,630.00) | 2500-000 | | | $52,784.66 |
| | | | County taxes 07/01/12 to 12/31/12  $(5,625.50) | 2820-000 | | | $52,784.66 |
| | | | 01/01/13 to 04/25/13 Taxes  $(3,904.46) | 2820-000 | | | $52,784.66 |
| | | | Rent credit unit 1  $(525.00) | 2500-000 | | | $52,784.66 |
| | | | Rent credit unit 2  $(300.00) | 2500-000 | | | $52,784.66 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $88.33 | $52,696.33 |

| | | | SUBTOTALS | | $52,800.00 | $103.67 | |

FORM 2

Page No: 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case No.: | 12-41377-JBS | | | | Trustee Name: | David Leibowitz | |
| Case Name: | STEGEMANN, SCOTT AND STEGEMANN, JENNIFER | | | | Bank Name: | Green Bank | |
| Primary Taxpayer ID #: | **-***1734 | | | | Checking Acct #: | ******7701 | |
| Co-Debtor Taxpayer ID #: | **-***1735 | | | | Account Title: | | |
| For Period Beginning: | 10/18/2012 | | | | Blanket bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 11/10/2014 | | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/17/2013 | 3001 | Ardmore Fresh Air, Inc. | Invoice NO. 2839 for 3544 N Wilton Unit 1 Chicago, IL | 2500-000 | | $975.00 | $51,721.33 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $76.29 | $51,645.04 |
| 07/15/2013 | 3002 | ComEd | Account No. 6415728028 1140 W. Oakdale Ave 1 Chicago, IL 60657-4320. | 2990-000 | | $214.44 | $51,430.60 |
| 07/15/2013 | 3003 | Peoples Gas | Account Number 2 5000 6529 17 57 - 1140 W. Oakdale Ave 1 Chicago, IL 60657-4320. | 2990-000 | | $574.00 | $50,856.60 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $82.84 | $50,773.76 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $87.21 | $50,686.55 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $73.87 | $50,612.68 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $81.67 | $50,531.01 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $81.54 | $50,449.47 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $78.78 | $50,370.69 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $86.52 | $50,284.17 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $73.29 | $50,210.88 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $75.79 | $50,135.09 |
| 04/07/2014 | 3004 | International Sureties, Ltd | Bond Payment | 2300-000 | | $42.94 | $50,092.15 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $78.27 | $50,013.88 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $83.31 | $49,930.57 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $75.37 | $49,855.20 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $80.45 | $49,774.75 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $82.91 | $49,691.84 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $75.01 | $49,616.83 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $85.23 | $49,531.60 |

| | | | |
|---|---|---|---|
| TOTALS: | $52,800.00 | $3,268.40 | $49,531.60 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $52,800.00 | $3,268.40 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $52,800.00 | $3,268.40 | |

| | | | |
|---|---|---|---|
| **For the period of 10/18/2012 to 11/10/2014** | | **For the entire history of the account between 03/07/2013 to 11/10/2014** | |
| Total Compensable Receipts: | $839,300.00 | Total Compensable Receipts: | $839,300.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $839,300.00 | Total Comp/Non Comp Receipts: | $839,300.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $789,768.40 | Total Compensable Disbursements: | $789,768.40 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $789,768.40 | Total Comp/Non Comp Disbursements: | $789,768.40 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**Page No:** 3

Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-41377-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | STEGEMANN, SCOTT  AND STEGEMANN, JENNIFER | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1734 | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | **-***1735 | Account Title: | |
| For Period Beginning: | 10/18/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/10/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $52,800.00 | $3,268.40 | $49,531.60 |

**For the period of 10/18/2012 to 11/10/2014**

| | |
|---|---|
| Total Compensable Receipts: | $839,300.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $839,300.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $789,768.40 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $789,768.40 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the case between  10/18/2012 to 11/10/2014**

| | |
|---|---|
| Total Compensable Receipts: | $839,300.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $839,300.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $789,768.40 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $789,768.40 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**Case No.** 12-41377-JBS
**Case Name:** STEGEMANN, SCOTT  AND STEGEMANN, JENNIFER
**Claims Bar Date:** 05/16/2013
**Trustee Name:** David Leibowitz
**Date:** 11/10/2014

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | POPOWCER KATTEN<br><br>35 E. Wacker Drive<br>Suite 1550<br>Chicago IL 60601 | Accountant for Trustee Fees (Trustee Firm) | Allowed | 3310-000 | $1,543.50 | $0.00 | $0.00 | $0.00 | $1,543.50 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $13.94 | $0.00 | $0.00 | $0.00 | $13.94 |
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan  60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $8,515.00 | $0.00 | $0.00 | $0.00 | $8,515.00 |
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan  60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $166.84 | $0.00 | $0.00 | $0.00 | $166.84 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $25,215.00 | $0.00 | $0.00 | $0.00 | $25,215.00 |
| 1 | ADVANTA BANK CORPORATION<br><br>Resurgent Capital Services<br>PO Box 10368<br>Greenville SC 29603-0368 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $16,235.00 | $0.00 | $0.00 | $0.00 | $16,235.00 |
| 2 | INTERNAL REVENUE SERVICE<br><br>POB 7346<br>Philadelphia PA 19101-7346 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    01/22/2014 Amended Claim #2 filed by Internal Revenue Service, Amount claimed: $0.00

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2a | INTERNAL REVENUE SERVICE<br><br>POB 7346<br>Philadelphia PA 19101-7346 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    2 01/22/2014 Amended Claim #2 filed by Internal Revenue Service, Amount claimed: $0.00 (Hayes, Bruce )

| Case No.: | 12-41377-JBS | Trustee Name: David Leibowitz |
| Case Name: | STEGEMANN, SCOTT  AND STEGEMANN, JENNIFER | Date: 11/10/2014 |
| Claims Bar Date: | 05/16/2013 | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $25,539.87 | $0.00 | $0.00 | $0.00 | $25,539.87 |
| 4 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $12,962.43 | $0.00 | $0.00 | $0.00 | $12,962.43 |
| 5 | ASSET ACCEPTANCE LLC ASSIGNEE  FIFTH THIRD<br><br>PO Box 2036<br>Warren MI 48090 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $14,349.21 | $0.00 | $0.00 | $0.00 | $14,349.21 |
| 6 | FIA CARD SERVICES, N.A.SUCCESOR IN INTERST TO BANK OF AMERICA, N.A.<br>4161 Piedmont Parkway NC4 105 03 14<br>Greensboro NC 27410 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $44,480.08 | $0.00 | $0.00 | $0.00 | $44,480.08 |
| 7 | FIA CARD SERVICES, N.A. SUCCESSOR IN INTEREST TO BANK OF AMERICA, N.A<br>4161 Piedmont Parkway NC4 105 03 14<br>Greensboro NC 27410 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $41,961.75 | $0.00 | $0.00 | $0.00 | $41,961.75 |
| 8 | ECAST SETTLEMENT CORPORATION, ASSIGNEE OF CHASE BANK USA, N.A.<br>POB 29262<br>New York NY 10087-9262 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,068.30 | $0.00 | $0.00 | $0.00 | $1,068.30 |

**Claim Notes:**     (8-1) CREDIT CARD DEBT

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 9 | ECAST SETTLEMENT CORPORATION, ASSIGNEE OF CHASE BANK USA, N.A.<br>POB 29262<br>New York NY 10087-9262 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $11,028.88 | $0.00 | $0.00 | $0.00 | $11,028.88 |

**Claim Notes:**     (9-1) CREDIT CARD DEBT

| Case No.: | 12-41377-JBS | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|
| Case Name: | STEGEMANN, SCOTT AND STEGEMANN, JENNIFER | | | | | | | Date: 11/10/2014 |
| Claims Bar Date: | 05/16/2013 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10 | AMERICAN EXPRESS BANK, FSB<br><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $917.29 | $0.00 | $0.00 | $0.00 | $917.29 |
| **Claim Notes:** | (10-1) CREDIT CARD DEBT | | | | | | | | |
| 11 | DIASEM INVESTMENTS, LTD<br><br>c/o L Judson Todhunter<br>1919 Lincoln Ave<br>Evanston IL 60201 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $72,933.69 | $72,933.69 | $0.00 | $0.00 | $0.00 |
| 12 | ECAST SETTLEMENT CORPORATION, ASSIGNEE OF CHASE BANK USA, N.A.<br>POB 29262<br>New York NY 10087-9262 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $43,076.75 | $0.00 | $0.00 | $0.00 | $43,076.75 |
| **Claim Notes:** | (12-1) CREDIT CARD DEBT | | | | | | | | |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO U.S. BANK NATIONAL ASSOCIATION ND<br>PO Box 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $7,560.58 | $0.00 | $0.00 | $0.00 | $7,560.58 |
| 14 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 60664-0338 | Claims of Governmental Units | Allowed | 5800-000 | $11,931.19 | $0.00 | $0.00 | $0.00 | $11,931.19 |
| 14A | ILLINOIS DEPARTMENT OF REVENUE<br><br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL 60664-0338 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $1,418.88 | $0.00 | $0.00 | $0.00 | $1,418.88 |

# CLAIMS ANALYSIS REPORT

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Case No.** | 12-41377-JBS | | | | | | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | STEGEMANN, SCOTT  AND STEGEMANN, JENNIFER | | | | | | **Date:** | 11/10/2014 | |
| **Claims Bar Date:** | 05/16/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 15 | PNC BANK<br><br><br>P.O. Box 94982<br>Cleveland OH 44101 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 7200-000 | $409,203.01 | $0.00 | $0.00 | $0.00 | $409,203.01 |

**Claim Notes:**    (15-1) COLLATERAL=UNSECURED ASSET: 3626 WILTON AVE., CHICAGO, IL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | $750,121.19 | $72,933.69 | $0.00 | $0.00 | $677,187.50 |

Page No: 5

Exhibit C

| | |
|---|---|
| Case No. | 12-41377-JBS |
| Case Name: | STEGEMANN, SCOTT  AND STEGEMANN, JENNIFER |
| Claims Bar Date: | 05/16/2013 |

Trustee Name: David Leibowitz

Date: 11/10/2014

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Trustee Firm) | $1,543.50 | $1,543.50 | $0.00 | $0.00 | $0.00 | $1,543.50 |
| Attorney for Trustee Expenses (Trustee Firm) | $166.84 | $166.84 | $0.00 | $0.00 | $0.00 | $166.84 |
| Attorney for Trustee Fees (Trustee Firm) | $8,515.00 | $8,515.00 | $0.00 | $0.00 | $0.00 | $8,515.00 |
| Claims of Governmental Units | $11,931.19 | $11,931.19 | $0.00 | $0.00 | $0.00 | $11,931.19 |
| General Unsecured § 726(a)(2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payments to Unsecured Credit Card Holders | $219,180.14 | $219,180.14 | $0.00 | $0.00 | $0.00 | $219,180.14 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $511,953.01 | $482,136.70 | $72,933.69 | $0.00 | $0.00 | $409,203.01 |
| Tardy General Unsecured § 726(a)(3) | $1,418.88 | $1,418.88 | $0.00 | $0.00 | $0.00 | $1,418.88 |
| Trustee Compensation | $45,215.00 | $25,215.00 | $0.00 | $0.00 | $0.00 | $25,215.00 |
| Trustee Expenses | $13.94 | $13.94 | $0.00 | $0.00 | $0.00 | $13.94 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      12-41377-JBS
Case Name:     SCOTT STEGEMANN
               JENNIFER STEGEMANN
Trustee Name:  David P. Leibowitz

Balance on hand:                    $49,531.60

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 11 | Diasem Investments, Ltd | $102,750.00 | $72,933.69 | $72,933.69 | $0.00 |

Total to be paid to secured creditors:          $0.00
Remaining balance:          $49,531.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $25,215.00 | $0.00 | $25,215.00 |
| David P. Leibowitz, Trustee Expenses | $13.94 | $0.00 | $13.94 |
| Lakelaw, Attorney for Trustee Fees | $8,515.00 | $0.00 | $8,515.00 |
| Lakelaw, Attorney for Trustee Expenses | $166.84 | $0.00 | $166.84 |
| POPOWCER KATTEN, Accountant for Trustee Fees | $1,543.50 | $0.00 | $1,543.50 |

Total to be paid for chapter 7 administrative expenses:          $35,454.28
Remaining balance:          $14,077.32

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:          $0.00
Remaining balance:          $14,077.32

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,931.19 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Illinois Department of Revenue | $11,931.19 | $0.00 | $11,931.19 |

Total to be paid to priority claims: $11,931.19
Remaining balance: $2,146.13

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $219,180.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Advanta Bank Corporation | $16,235.00 | $0.00 | $158.98 |
| 2a | Internal Revenue Service | $0.00 | $0.00 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | $25,539.87 | $0.00 | $250.08 |
| 4 | Capital One Bank (USA), N.A. | $12,962.43 | $0.00 | $126.92 |
| 5 | Asset Acceptance LLC assignee FIFTH THIRD | $14,349.21 | $0.00 | $140.50 |
| 6 | FIA CARD SERVICES, N.A.Succesor in Interst to Bank of America, N.A. | $44,480.08 | $0.00 | $435.53 |
| 7 | FIA CARD SERVICES, N.A. successor in interest to Bank of America, N.A | $41,961.75 | $0.00 | $410.87 |
| 8 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $1,068.30 | $0.00 | $10.46 |
| 9 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $11,028.88 | $0.00 | $107.99 |
| 10 | American Express Bank, FSB | $917.29 | $0.00 | $8.98 |
| 12 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $43,076.75 | $0.00 | $421.79 |
| 13 | Portfolio Recovery Associates, LLC | $7,560.58 | $0.00 | $74.03 |

| | | | | |
|---|---|---|---|---|
| | successor to U.S. Bank National Association ND | | | |

Total to be paid to timely general unsecured claims: $2,146.13

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $410,621.89 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 14A | Illinois Department of Revenue | $1,418.88 | $0.00 | $0.00 |
| 15 | PNC Bank | $409,203.01 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00

Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00

Remaining balance: $0.00

UST Form 101-7-TFR (5/1/2011)