**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-41377-JBS |
| | § | |
| SCOTT STEGEMANN | § | |
| JENNIFER STEGEMANN | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 01/27/2015, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/31/2014         By:  /s/ David P. Leibowitz
                                       Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-41377-JBS |
| | § | |
| SCOTT STEGEMANN | § | |
| JENNIFER STEGEMANN | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $839,300.00
*and approved disbursements of* $789,768.40
*leaving a balance on hand of[1]:* $49,531.60

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 11 | Diasem Investments, Ltd | $102,750.00 | $72,933.69 | $72,933.69 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $49,531.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $25,215.00 | $0.00 | $25,215.00 |
| David P. Leibowitz, Trustee Expenses | $13.94 | $0.00 | $13.94 |
| Lakelaw, Attorney for Trustee Fees | $8,515.00 | $0.00 | $8,515.00 |
| Lakelaw, Attorney for Trustee Expenses | $166.84 | $0.00 | $166.84 |
| POPOWCER KATTEN, Accountant for Trustee Fees | $1,543.50 | $0.00 | $1,543.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for chapter 7 administrative expenses: | $35,454.28 |
|---|---:|---:|
|  | Remaining balance: | $14,077.32 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $14,077.32 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,931.19 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 14 | Illinois Department of Revenue | $11,931.19 | $0.00 | $11,931.19 |

|  | Total to be paid to priority claims: | $11,931.19 |
|---|---:|---:|
|  | Remaining balance: | $2,146.13 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $219,180.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Advanta Bank Corporation | $16,235.00 | $0.00 | $158.98 |
| 2a | Internal Revenue Service | $0.00 | $0.00 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | $25,539.87 | $0.00 | $250.08 |
| 4 | Capital One Bank (USA), N.A. | $12,962.43 | $0.00 | $126.92 |
| 5 | Asset Acceptance LLC assignee FIFTH THIRD | $14,349.21 | $0.00 | $140.50 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---:|---|---:|---:|---:|
| 6 | FIA CARD SERVICES, N.A.Succesor in Interst to Bank of America, N.A. | $44,480.08 | $0.00 | $435.53 |
| 7 | FIA CARD SERVICES, N.A. successor in interest to Bank of America, N.A | $41,961.75 | $0.00 | $410.87 |
| 8 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $1,068.30 | $0.00 | $10.46 |
| 9 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $11,028.88 | $0.00 | $107.99 |
| 10 | American Express Bank, FSB | $917.29 | $0.00 | $8.98 |
| 12 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $43,076.75 | $0.00 | $421.79 |
| 13 | Portfolio Recovery Associates, LLC successor to U.S. Bank National Association ND | $7,560.58 | $0.00 | $74.03 |

Total to be paid to timely general unsecured claims:     $2,146.13
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $410,621.89 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 14A | Illinois Department of Revenue | $1,418.88 | $0.00 | $0.00 |
| 15 | PNC Bank | $409,203.01 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                     Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-41377-JBS
Scott Stegemann                                                       Chapter 7
Jennifer Stegemann
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales           Page 1 of 3           Date Rcvd: Jan 05, 2015
                              Form ID: pdf006           Total Noticed: 90

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2015.
```
db            #+Scott Stegemann,    1140 W. Oakdale Ave., Unit 1,    Chicago, IL 60657-4320
jdb            +Jennifer Stegemann,    1140 W. Oakdale Ave., Unit 1,    Chicago, IL 60657-4320
19582367       +AAA Financial Services,    P.O. Box 851001,    Dallas, TX 75285-1001
19582370       +Advocate Illinois Masonic Medical,    22393 Network Place,    Chicago, IL 60673-1223
19582371       +Advocate Illinois Masonic Physician,    C/O ICC Collection Services,    P.O. Box 1010,
                 Tinley Park, IL 60477-9110
19582372       +Alex Riccomini,    2303 Randall Road, #304,    Carpentersville, IL 60110-3448
20433703        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19582373       +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
19582375       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
19582378       +Bankunited,    7815 Nw 148th St,    Miami Lakes, FL 33016-1554
19582379       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
19582381       +Bk Of Amer,    P.O. Box 17054,    Wilmington, DE 19884-0001
19582382       +Blatt, Hasenmiller, Leibsker & Moor,    125 S. Wcker Dr. Suite 400,    Chicago, IL 60606-4440
19582383       +Blitt and Gaines, P.C.,    661 W. Glenn Ave.,    Wheeling, IL 60090-6017
19582384      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
19582385       +Capital One,    P.O. Box 70886,    Charlotte, NC 28272-0886
20118953        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
19582387       +Cbna,    Po Box 769006,    San Antonio, TX 78245-9006
19582389       +Chase,    201 N Walnut Street,    Wilmington, DE 19801-2920
19582388       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19582390        Chase Bank,    Portfolio Management Center,    Phoenix, AZ 85004
19582391       +Chase Na,    4915 Independence Parkway,    Tampa, FL 33634-7518
19582392       +Children’s Memorial Hospital,    P.O. Box 4066,    Carol Stream, IL 60197-4066
19582393       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
19582395       +CitiBusiness,    100 Citibank Drive,    San Antonio, TX 78245-3202
19582394       +Citibank,    C/O Phillips & Cohen Associates, Lt,    1002 Justison Street,
                 Wilmington, DE 19801-5148
19582396       +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
19582397       +Client Services, Inc.,    3451 harry S. Truman Blvd,    Saint Charles, MO 63301-9816
19582398       +Codilis & Associates,    15W030 North Frontage Road,    Willowbrook, IL 60527-6921
19716170        Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
19582400       +Diasem Investments, Ltd,    c/o L Judson Todhunter,    1919 Lincoln Ave,
                 Evanston, IL 60201-2230
19582401       +Diasem Investments, Ltd.,    2118 Noyes Street,    Evanston, IL 60201-2558
19582402       +Echelon Recovery Inc.,    P.O. Box 1880,    Voorhees, NJ 08043-7880
20270833        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19582403       +FIA Card Services,    P.O. Box 15019,    Wilmington, DE 19886-5019
19582404      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,     Fifth Third Center,    Cincinnati, OH 45263)
19582405       +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
19582406       +First Merit Bank,    295 First Merit Cir,    Akron, OH 44307
19582407       +First Merit Bank Na,    501 W North Ave,    Melrose Park, IL 60160-1628
19582408       +Firstsource Advantage, LLC,    205 Bryant Woods,    Buffalo, NY 14228-3609
19582409       +Freedman Anselmo Lindberg,    1807 W. Diehl,    P.O. Box 3107,    Naperville, IL 60566-7107
19582410        Fst Usa Bk B,    Po Box 8650,    Wilmington, DE 19899
19582411       +Gecrb/Care Credit,    Po Box 981439,    El Paso, TX 79998-1439
19582413       +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
19582414       +Harris & Harris Ltd,    222 Merchandise Mart Plz,    Chicago, IL 60654-1474
19582415       +Hauselmann, Martin,    39 S. LaSalle St.,    Chicago, IL 60603-1603
19582416       +Hsbc/Bose,    90 Christiana Rd,    New Castle, DE 19720-3118
19582417       +Hsbc/Mnrds,    90 Christiana Rd,    New Castle, DE 19720-3118
19582418      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,     P.O. Box 1040,
                 Galesburg, IL 61402)
21144191        Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, IL 60664-0338
19582421       +Jim Schumacher,    855 Summerson Ct,    Encintas, CA 92024-5447
19582424       +Marriot Rewards,    Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
19582426        Marriott Vacation Club,    Financial Services,    120 Bartow Road, Suite 19,    Lakeland, FL 33802
19582427        Mb Fin Svc,    2050 Roanoke Rd,    Westlake, TX 76262-9616
19582428       +Mb Fin Svcs,    36455 Corporate Dr,    Farmington Hills, MI 48331-3552
19582431       +New York Community Ban,    1801 E 9th St Ste 200,    Cleveland, OH 44114-3103
21158517       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
20483606      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                 successor to U.S. BANK NATIONAL,    ASSOCIATION ND,    PO Box 41067,    Norfolk, VA 23541)
19582432       +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6207
19582433       +Pierce & Associates,    1 North Dearborn,    Chicago, IL 60602-4373
19582436       +Pnc Bank,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
```

```
District/off: 0752-1           User: ccabrales              Page 2 of 3                   Date Rcvd: Jan 05, 2015
                               Form ID: pdf006              Total Noticed: 90


19582434       +Pnc Bank,    1 Cascade Plz,    Akron, OH 44308-1198
19582435       +Pnc Bank,    1001 S Washington St,    Naperville, IL 60540-7400
19582437       +Progressive Financial Services, Inc,     P.O. Box 24216,    Tempe, AZ 85285-4216
19582438       +Regional Adjustment Bureau, Inc.,    1900 Charles Bryan Rd,     Suite 110,
                 Cordova, TN 38016-5167
19582439      #+Susan Thomas,    1546 N. Orleans, #403,    Chicago, IL 60610-2460
19582440       +Torres Credit Srv,    27 Fairview St Ste 301,    Carlisle, PA 17015-3200
19582442       +U.S. Department of Treasury,     P.O. Box 979101,    Saint Louis, MO 63197-9001
19582441      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:    U S Bank,    101 5th St E Ste A,    Saint Paul, MN 55101)
19582447      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,     3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                 (address filed with court:    Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
19582446       +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
20429329        eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19582368        E-mail/Text: bkr@cardworks.com Jan 06 2015 01:24:27       Advanta Bank Corp,    Po Box 844,
                 Spring House, PA 19477
19582374        E-mail/Text: ebn@americollect.com Jan 06 2015 01:26:01       Americollect,    814 South 8th Street,
                 Manitowoc, WI 54220
20054704        E-mail/Text: bkr@cardworks.com Jan 06 2015 01:24:27       Advanta Bank Corporation,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
19582369       +E-mail/Text: bkr@cardworks.com Jan 06 2015 01:24:27       Advanta Credit Cards,
                 101 Crossway Park West,    Woodbury, NY 11797-2020
20167049       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 06 2015 01:25:41
                 Asset Acceptance LLC assignee  FIFTH THIRD,     PO Box 2036,    Warren, MI 48090-2036
19582376       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 06 2015 01:25:41       Asset Acceptance, LLC,
                 P.O. Box 2036,    Warren, MI 48090-2036
19582386       +E-mail/Text: coafinternalbkteam@capitaloneauto.com Jan 06 2015 01:27:40
                 Capital One Auto Finan,    3901 Dallas Pkwy,     Plano, TX 75093-7864
19582399       +E-mail/Text: ned_fre-bankruptcies@cable.comcast.com Jan 06 2015 01:26:56       Comcast,
                 P.O. Box 3006,    Southeastern, PA 19398-3006
19582412       +E-mail/PDF: gecsedi@recoverycorp.com Jan 06 2015 01:30:22       Gecrb/Whitehall,    Po Box 981439,
                 El Paso, TX 79998-1439
19582419       +Fax: 847-227-2151 Jan 06 2015 03:38:14       Illinois Masonic Medical Center,
                 C/O Medical Recovery Specialists,    2250 E. Devon Ave., Ste 352,     Des Plaines, IL 60018-4521
19582420        E-mail/Text: cio.bncmail@irs.gov Jan 06 2015 01:25:07       Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
19582423       +E-mail/Text: ebn@ltdfin.com Jan 06 2015 01:25:21       LTD Financial Services,
                 7322 Southwest Frwy, Suite 1600,    Houston, TX 77074-2134
19582422       +E-mail/Text: bankruptcy@leadingedgerecovery.com Jan 06 2015 01:25:56
                 Leading Edge Recovery Solutions,    P.O. Box 129,     Linden, MI 48451-0129
19582425       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Jan 06 2015 01:25:55       Marriott Ownership Res,
                 1200 Us Highway 98 S Ste,    Lakeland, FL 33801-5901
19582430       +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 06 2015 01:26:14
                 NCO Financial Systems, Inc.,    P.O. Box 12100,    Dept. 64,    Trenton, NJ 08650-2100
19582443       +E-mail/Text: birminghamtops@sba.gov Jan 06 2015 01:26:41       U.S. Small Business Administration,
                 P.O. Box 740192,    Atlanta, GA 30374-0192
19582444       +E-mail/Text: bnc@ursi.com Jan 06 2015 01:24:50       United Recovery Systems,
                 5800 North Course Drive,    Houston, TX 77072-1613
19582445       +E-mail/Text: edinkel@vikingservice.com Jan 06 2015 01:27:42       Viking Collection Service, Inc.,
                 P.o. Box 59207,    Minneapolis, MN 55459-0207
                                                                                                TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19582429        NCO Financial Systems,    P.O. Box 15081
20429330*       eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
20459540*       eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
19582377      ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
19582380      ##+Bk Of Amer,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 1, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: ccabrales            Page 3 of 3                  Date Rcvd: Jan 05, 2015
                              Form ID: pdf006            Total Noticed: 90
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 31, 2014 at the address(es) listed below:
              Christopher M Brown    on behalf of Creditor    BankUnited National Association
               northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Accountant Lois   West dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Gloria C  Tsotsos    on behalf of Creditor    WELLS FARGO BANK, N.A. nd-two@il.cslegal.com
              John M Holowach    on behalf of Debtor Scott   Stegemann jholowach@jmhlegalgroup.com,
               bankruptcy@rjlegalgroup.com
              John M Holowach    on behalf of Joint Debtor Jennifer   Stegemann jholowach@jmhlegalgroup.com,
               bankruptcy@rjlegalgroup.com
              L. Judson Todhunter    on behalf of Creditor    Diasem Investments Ltd
               JTodhunter@howardandhoward.com
              Monette W Cope    on behalf of Creditor    FirstMerit Bank N.A. ecfnil@weltman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Rappin    on behalf of Creditor    BSI FINANCIAL SERVICES, INC., SERVICER FOR U.S. BANK
               NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS LEGAL TITLE TRUSTEE FOR LVS
               TITLE TRUST I dolswang@hrolaw.com,   rarredondo@hrolaw.com
                                                                                             TOTAL: 11
```