## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-41377-JBS |
| | § | |
| SCOTT STEGEMANN | § | |
| JENNIFER STEGEMANN | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
### CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,522,774.28 | Assets Exempt: | $46,669.23 |
| Total Distributions to Claimants: | $731,655.31 | Claims Discharged Without Payment: | $1,254,450.02 |
| Total Expenses of Administration: | $107,644.69 | | |

3) Total gross receipts of $839,300.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $839,300.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $3,294,560.00 | $747,394.30 | $717,577.99 | $717,577.99 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $127,644.69 | $127,644.69 | $107,644.69 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $11,931.19 | $11,931.19 | $11,931.19 |
| General Unsecured Claims (from **Exhibit 7**) | $1,216,779.11 | $629,802.03 | $629,802.03 | $2,146.13 |
| **Total Disbursements** | $4,511,339.11 | $1,516,772.21 | $1,486,955.90 | $839,300.00 |

4). This case was originally filed under chapter 7 on 10/18/2012. The case was pending for 29 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/06/2015           By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 3544 N. Wilton Ave. Chicago, IL 60657 | 1110-000 | $831,500.00 |
| Rents | 1222-000 | $7,800.00 |
| **TOTAL GROSS RECEIPTS** | | $839,300.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Diasem Investments, Ltd | 4110-000 | $102,750.00 | $102,750.00 | $72,933.69 | $72,933.69 |
| | Alex Riccomini | 4110-000 | $75,000.00 | $0.00 | $0.00 | $0.00 |
| | Bankunited | 4110-000 | $573,921.00 | $0.00 | $0.00 | $0.00 |
| | Citimortgage Inc | 4110-000 | $637,339.00 | $0.00 | $0.00 | $0.00 |
| | Diasem Investments, Ltd. | 4110-000 | $102,750.00 | $0.00 | $0.00 | $0.00 |
| | Diasem Investments, Ltd. | 4110-000 | $102,750.00 | $0.00 | $0.00 | $0.00 |
| | Diasem Investments, Ltd. | 4110-000 | $102,750.00 | $0.00 | $0.00 | $0.00 |
| | Fifth Third Bank | 4110-000 | $122,915.00 | $0.00 | $0.00 | $0.00 |
| | First Merit Bank | 4110-000 | $499,991.00 | $0.00 | $0.00 | $0.00 |
| | Marriott Ownership Res | 4110-000 | $20,110.00 | $0.00 | $0.00 | $0.00 |
| | Marriott Vacation Club | 4110-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| | Mb Fin Svcs | 4110-000 | $45,824.00 | $0.00 | $0.00 | $0.00 |
| | Payoff of first mortgage loan to Wells Fargo | 4110-000 | $0.00 | $636,540.55 | $636,540.55 | $636,540.55 |
| | Pnc Bank | 4110-000 | $316,460.00 | $0.00 | $0.00 | $0.00 |
| | Proceeds to Alex Ricconini | 4110-000 | $0.00 | $8,103.75 | $8,103.75 | $8,103.75 |
| | Wells Fargo Hm Mortgag | 4110-000 | $590,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $3,294,560.00 | $747,394.30 | $717,577.99 | $717,577.99 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $45,215.00 | $45,215.00 | $25,215.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $13.94 | $13.94 | $13.94 |
| International Sureties, Ltd | 2300-000 | NA | $42.94 | $42.94 | $42.94 |
| Ardmore Fresh Air, Inc. | 2500-000 | NA | $975.00 | $975.00 | $975.00 |
| Other Charges | 2500-000 | NA | $288.00 | $288.00 | $288.00 |
| Rent credit unit 1 | 2500-000 | NA | $525.00 | $525.00 | $525.00 |
| Rent credit unit 2 | 2500-000 | NA | $300.00 | $300.00 | $300.00 |
| Sellers credit for Owners Policy | 2500-000 | NA | $2,630.00 | $2,630.00 | $2,630.00 |
| Survey to Preferred Survey | 2500-000 | NA | $325.00 | $325.00 | $325.00 |
| Transfer taxes | 2500-000 | NA | $3,741.75 | $3,741.75 | $3,741.75 |
| Water Bill to Chicago Title | 2500-000 | NA | $177.30 | $177.30 | $177.30 |
| Zoning Cert to Berg & Berg | 2500-000 | NA | $120.00 | $120.00 | $120.00 |
| Green Bank | 2600-000 | NA | $1,462.02 | $1,462.02 | $1,462.02 |
| 01/01/13 to 04/25/13 Taxes | 2820-000 | NA | $3,904.46 | $3,904.46 | $3,904.46 |
| County taxes 07/01/12 to 12/31/12 | 2820-000 | NA | $5,625.50 | $5,625.50 | $5,625.50 |
| ComEd | 2990-000 | NA | $214.44 | $214.44 | $214.44 |
| Peoples Gas | 2990-000 | NA | $574.00 | $574.00 | $574.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $8,515.00 | $8,515.00 | $8,515.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $166.84 | $166.84 | $166.84 |
| POPOWCER KATTEN, Accountant for Trustee | 3310-000 | NA | $1,543.50 | $1,543.50 | $1,543.50 |
| Commission paid at Settlement to Oracle Realty LLC, Realtor for Trustee | 3510-000 | NA | $40,285.00 | $40,285.00 | $40,285.00 |
| Earnest Money Retained by Broker applied to his commissions, Realtor for Trustee | 3510-000 | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| Seller Attorney Fee to Berg & Berg, Other Professional | 3991-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |

| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | NA | $127,644.69 | $127,644.69 | $107,644.69 |
|---|---|---|---|---|

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | Illinois Department of Revenue | 5800-000 | $0.00 | $11,931.19 | $11,931.19 | $11,931.19 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $11,931.19 | $11,931.19 | $11,931.19 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Advanta Bank Corporation | 7100-900 | $20,362.00 | $16,235.00 | $16,235.00 | $158.98 |
| 2a | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $22,809.00 | $25,539.87 | $25,539.87 | $250.08 |
| 4 | Capital One Bank (USA), N.A. | 7100-900 | $12,963.00 | $12,962.43 | $12,962.43 | $126.92 |
| 5 | Asset Acceptance LLC assignee FIFTH THIRD | 7100-900 | $12,821.00 | $14,349.21 | $14,349.21 | $140.50 |
| 6 | FIA CARD SERVICES, N.A.Succesor in Interst to Bank of America, N.A. | 7100-900 | $44,480.00 | $44,480.08 | $44,480.08 | $435.53 |
| 7 | FIA CARD SERVICES, N.A. successor in interest to Bank of America, N.A | 7100-900 | $41,345.44 | $41,961.75 | $41,961.75 | $410.87 |
| 8 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | 7100-900 | $1,068.00 | $1,068.30 | $1,068.30 | $10.46 |
| 9 | eCAST Settlement Corporation, | 7100-900 | $11,028.00 | $11,028.88 | $11,028.88 | $107.99 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | assignee of Chase Bank USA, N.A. | | | | | |
| 10 | American Express Bank, FSB | 7100-900 | $961.00 | $917.29 | $917.29 | $8.98 |
| 12 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | 7100-900 | $9,356.55 | $43,076.75 | $43,076.75 | $421.79 |
| 13 | Portfolio Recovery Associates, LLC successor to U.S. Bank National Association ND | 7100-900 | $7,748.00 | $7,560.58 | $7,560.58 | $74.03 |
| 14A | Illinois Department of Revenue | 7200-000 | $0.00 | $1,418.88 | $1,418.88 | $0.00 |
| 15 | PNC Bank | 7200-000 | $405,043.00 | $409,203.01 | $409,203.01 | $0.00 |
| | AAA Financial Services | 7100-000 | $39,547.29 | $0.00 | $0.00 | $0.00 |
| | Advanta Credit Cards | 7100-000 | $20,362.00 | $0.00 | $0.00 | $0.00 |
| | Advocate Illinois Masonic Medical | 7100-000 | $761.55 | $0.00 | $0.00 | $0.00 |
| | Advocate Illinois Masonic Physician | 7100-000 | $228.00 | $0.00 | $0.00 | $0.00 |
| | Americas Servicing Co | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Americollect | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Amex | 7100-000 | $961.00 | $0.00 | $0.00 | $0.00 |
| | Asset Acceptance, LLC | 7100-000 | $13,749.76 | $0.00 | $0.00 | $0.00 |
| | Barclays Bank Delaware | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bk Of Amer | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cap One | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Capital One Auto Finan | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cbna | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $34,903.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $40,026.00 | $0.00 | $0.00 | $0.00 |
| | Chase Bank | 7100-000 | $40,872.52 | $0.00 | $0.00 | $0.00 |
| | Chase Na | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Children's Memorial Hospital | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| | Citi | 7100-000 | $21,278.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Citi | 7100-000 | $26,775.00 | $0.00 | $0.00 | $0.00 |
| Citibank | 7100-000 | $7,020.98 | $0.00 | $0.00 | $0.00 |
| CitiBusiness | 7100-000 | $30.26 | $0.00 | $0.00 | $0.00 |
| Comcast | 7100-000 | $39.96 | $0.00 | $0.00 | $0.00 |
| FIA Card Services | 7100-000 | $43,783.83 | $0.00 | $0.00 | $0.00 |
| Fifth Third Bank | 7100-000 | $12,030.00 | $0.00 | $0.00 | $0.00 |
| First Merit Bank Na | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Fst Usa Bk B | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/Care Credit | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/Whitehall | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gmac Mortgage | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Harris & Harris Ltd | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hsbc/Bose | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hsbc/Mnrds | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hsbc/Mnrds | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Illinois Masonic Medical Center | 7100-000 | $761.55 | $0.00 | $0.00 | $0.00 |
| Jim Schumacher | 7100-000 | $50,000.00 | $0.00 | $0.00 | $0.00 |
| LTD Financial Services | 7100-000 | $7,754.51 | $0.00 | $0.00 | $0.00 |
| Mb Fin Svc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mb Fin Svcs | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| New York Community Ban | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Peoplesene | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Peoplesene | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Peoplesene | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Peoplesene | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Peoplesene | 7100-000 | $146.69 | $0.00 | $0.00 | $0.00 |
| Peoplesene | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Peoplesene | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Peoplesene | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Peoplesene | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Peoplesene | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Peoplesene | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Peoplesene | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Peoplesene | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Peoplesene | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Peoplesene | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pnc Bank | 7100-000 | $5,448.72 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Pnc Bank | 7100-000 | $8,018.90 | $0.00 | $0.00 | $0.00 |
| Pnc Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Progressive Financial Services, Inc | 7100-000 | $52,538.22 | $0.00 | $0.00 | $0.00 |
| Susan Thomas | 7100-000 | $50,000.00 | $0.00 | $0.00 | $0.00 |
| Torres Credit Srv | 7100-000 | $533.00 | $0.00 | $0.00 | $0.00 |
| U.S. Department of Treasury | 7100-000 | $52,538.23 | $0.00 | $0.00 | $0.00 |
| U.S. Small Business Administration | 7100-000 | $41,045.49 | $0.00 | $0.00 | $0.00 |
| United Recovery Systems | 7100-000 | $8,159.58 | $0.00 | $0.00 | $0.00 |
| Viking Collection Service, Inc. | 7100-000 | $44,480.08 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Bank Nv Na | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Bank Nv Na | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Hm Mortgag | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $1,216,779.11 | $629,802.03 | $629,802.03 | $2,146.13 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 12-41377-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | STEGEMANN, SCOTT  AND STEGEMANN, JENNIFER | | Date Filed (f) or Converted (c): | 10/18/2012 (f) |
| For the Period Ending: | 3/6/2015 | | §341(a) Meeting Date: | 12/10/2012 |
| | | | Claims Bar Date: | 05/16/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | 1140 W. Oakdale Ave. Unit 1, Chicago, IL 60657 | $725,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**     Liquidating property. | | | | | | |
| 2 | 3626 N. Wilton Ave., Chicago, IL | $1,000,000.00 | $0.00 | | $0.00 | FA |
| 3 | 1423 W. Wolfram Ave., Chicago, IL 60657 | $800,000.00 | $0.00 | | $0.00 | FA |
| 4 | 3544 N. Wilton Ave. Chicago, IL 60657 | $800,000.00 | $32,250.00 | | $831,500.00 | FA |
| 5 | Time Share (Marriott vacation club, Kuaui) | $20,000.00 | $15,774.28 | | $0.00 | FA |
| **Asset Notes:**     Liquidation of timeshares. | | | | | | |
| 6 | Time share (Mariot Vacation Club in Williamsburg VA) | $10,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**     Liquidation of timeshares. | | | | | | |
| 7 | Cash on hand | $121.00 | $0.00 | | $0.00 | FA |
| 8 | Checking account with Fifth Third Bank (6561) | $1,789.20 | $0.00 | | $0.00 | FA |
| 9 | Checking account with Citibank (7154) | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Checking account with Citi (0349) | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Checking accout with Citi (3436) | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Checking Account with Citi (2324) | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Checking account with Fifth Third Bank for Chicago Walk-Ups, LLC (4271) | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Checking Account with Fifth Third Bank (2168) | $94.82 | $0.00 | | $0.00 | FA |
| 15 | Checking Account with Fifth Third Bank for 3626 N. Wilton (2794) | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Checking Account with Fifth Third Bank for 3544 N. Wilton (2828) | $48.29 | $0.00 | | $0.00 | FA |
| 17 | Checking Account with Fifth Third Bank for 1423 W. Wolfram (2810) | $20.97 | $0.00 | | $0.00 | FA |
| 18 | Minor Savings Account with Fifth Third Bank (9773) | $0.00 | $0.00 | | $0.00 | FA |
| 19 | Checking account with Fifth Third Bank for Opis Resources, Inc.(4552) | $0.00 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| Case No.: | 12-41377-JBS | |
| Case Name: | STEGEMANN, SCOTT  AND STEGEMANN, JENNIFER | |
| For the Period Ending: | 3/6/2015 | |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Date Filed (f) or Converted (c): | 10/18/2012 (f) |
| §341(a) Meeting Date: | 12/10/2012 |
| Claims Bar Date: | 05/16/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 20 | Checking account with Citi for 1140 W. Oakdale (0003) | $0.00 | $0.00 | | $0.00 | FA |
| 21 | Minor Savings Account with Fifth Third Bank (9658) | $0.00 | $0.00 | | $0.00 | FA |
| 22 | Checking Account with Bank of Georgetown (3985) | $200.00 | $0.00 | | $0.00 | FA |
| 23 | Checking Account with Georgetown Bank for Opis Resources, Inc. (5822) ($100) | $0.00 | $0.00 | | $0.00 | FA |
| 24 | Household goods and furnishings | $2,500.00 | $0.00 | | $0.00 | FA |
| 25 | Clothing and other wearing apparel | $200.00 | $0.00 | | $0.00 | FA |
| 26 | Wedding ring | $1,000.00 | $0.00 | | $0.00 | FA |
| 27 | Term life insurance with Northwestern Mutual (No cash value) | $0.00 | $0.00 | | $0.00 | FA |
| 28 | Term life insurance policies with Northwestern Mutual (No cash value) | $0.00 | $0.00 | | $0.00 | FA |
| 29 | Whole Life Insurance with Northwester Mutual (net value) | $3,814.89 | $0.00 | | $0.00 | FA |
| 30 | Whole Life Insurance with Northwestern Mutual (net value) | $683.80 | $0.00 | | $0.00 | FA |
| 31 | Whole Life insurance with Northwestern Mutual (net value) | $970.54 | $0.00 | | $0.00 | FA |
| 32 | Chicago Walk-Ups LLC | $0.00 | $0.00 | | $0.00 | FA |
| 33 | Opis Resources, Inc | $0.00 | $0.00 | | $0.00 | FA |
| 34 | Judgement against Jennifer Erhardt ($20,047.48) | $0.00 | $20,047.48 | | $0.00 | FA |
| 35 | 1986 Buick Regal Grand National with 75k miles (not in running condition) | $3,000.00 | $0.00 | | $0.00 | FA |
| 36 | 2012 Mercedes R350 (lease vehicle) | $0.00 | $0.00 | | $0.00 | FA |
| 37 | Rents                    (u) | Unknown | $7,800.00 | | $7,800.00 | FA |

Asset Notes:     Rents from 3544 N. Wilton Ave. Chicago, IL 60657

| TOTALS (Excluding unknown value) | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|
| | $3,369,443.51 | $75,871.76 | | $839,300.00 | $0.00 |

**Major Activities affecting case closing:**
11/07/2014     Prepared TFR for Trustee's Review
Prepared TFR for Trustee's Review

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| | |
|---|---|
| **Case No.:** | 12-41377-JBS |
| **Case Name:** | STEGEMANN, SCOTT  AND STEGEMANN, JENNIFER |
| **For the Period Ending:** | 3/6/2015 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 10/18/2012 (f) |
| **§341(a) Meeting Date:** | 12/10/2012 |
| **Claims Bar Date:** | 05/16/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

05/06/2014    Email to DA RE: Breakdown of payment paid to Wells Fargo

Email to DA RE: Breakdown of payment paid to Wells Fargo

04/23/2014    Followed up with Accoutant RE: Tax return

Followed up with Accoutant RE: Tax return

12/09/2013    Prepared Motion to Employ Lois West

Prepared Motion to Employ Lois West

06/25/2013    Awaiting documentation on timeshares

              3544 Wilton sold

Awaiting documentation on timeshares

  3544 Wilton sold

03/08/2013    5/3 bank bankruptcy department 1-877-812-0490

            National Bankruptcy Service represents 5/3 bank.

5/3 bank bankruptcy department 1-877-812-0490

National Bankruptcy Service represents 5/3 bank.

02/28/2013    Selling Property at 3544 Wilton - Motion to Sell Drafted - Received Cash offer of $851,000.00

Selling Property at 3544 Wilton - Motion to Sell Drafted - Received Cash offer of $851,000.00

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 |
| **Current Projected Date Of Final Report (TFR):** | 12/15/2014 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

Page No:l

Case 12-41377 Doc 91 Filed 04/02/15 Entered 04/02/15 15:46:50 Desc Main
Document Page 12 of 18

Exhibit 9

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 12-41377-JBS | | Trustee Name: | | David Leibowitz | |
| Case Name: | STEGEMANN, SCOTT AND STEGEMANN, JENNIFER | | Bank Name: | | Green Bank | |
| Primary Taxpayer ID #: | **-***1734 | | Checking Acct #: | | ******7701 | |
| Co-Debtor Taxpayer ID #: | **-***1735 | | Account Title: | | | |
| For Period Beginning: | 10/18/2012 | | Blanket bond (per case limit): | | $5,000,000.00 | |
| For Period Ending: | 3/6/2015 | | Separate bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 03/07/2013 | (37) | Gary V Roegiers | Rent Payment 3544 N. Wilton | 1222-000 | $1,800.00 | | $1,800.00 |
| 03/07/2013 | (37) | Gary V Roegiers | Rent payment for 3455 N. Wilton | 1222-000 | $1,800.00 | | $3,600.00 |
| 03/18/2013 | (37) | Gary V Roegiers | Rent Payment 3544 N. Wilton | 1222-000 | ($1,800.00) | | $1,800.00 |
| 03/18/2013 | (37) | Timothy Shanahan | 3544 N. Wilton #1 | 1222-000 | $700.00 | | $2,500.00 |
| 03/18/2013 | (37) | Anthony D. Beamish | 3544 N. Wilton #1 | 1222-000 | $700.00 | | $3,200.00 |
| 03/18/2013 | (37) | Andrew J. Kubinski | 3544 N. Wilton | 1222-000 | $700.00 | | $3,900.00 |
| 03/25/2013 | (37) | Gary V. Roegiers | Rent | 1222-000 | $1,800.00 | | $5,700.00 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.70 | $5,695.30 |
| 04/08/2013 | (37) | Timothy Shanahan | Rent 3544 N Wilton #1 | 1222-000 | $700.00 | | $6,395.30 |
| 04/08/2013 | (37) | Andrew J. Kubinski | Rent 3544 N. Wilton | 1222-000 | $700.00 | | $7,095.30 |
| 04/08/2013 | (37) | Anthony D. Beamish | Rent | 1222-000 | $700.00 | | $7,795.30 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.64 | $7,784.66 |
| 05/01/2013 | | Chicago Title and Trust Company | Carveout Agreement | * | $45,000.00 | | $52,784.66 |
| | {4} | | $831,500.00 | 1110-000 | | | $52,784.66 |
| | | | Commission paid at Settlement to Oracle Realty LLC $(40,285.00) | 3510-000 | | | $52,784.66 |
| | | | Other Charges $(288.00) | 2500-000 | | | $52,784.66 |
| | | | Transfer taxes $(3,741.75) | 2500-000 | | | $52,784.66 |
| | | | Proceeds to Diasem Investments LTD $(72,933.69) | 4110-000 | | | $52,784.66 |
| | | | Proceeds to Alex Ricconini $(8,103.75) | 4110-000 | | | $52,784.66 |
| | | | Water Bill to Chicago Title $(177.30) | 2500-000 | | | $52,784.66 |
| | | | Seller Attorney Fee to Berg & Berg $(1,000.00) | 3991-000 | | | $52,784.66 |
| | | | Survey to Preferred Survey $(325.00) | 2500-000 | | | $52,784.66 |
| | | | Zoning Cert to Berg & Berg $(120.00) | 2500-000 | | | $52,784.66 |
| | | | Payoff of first mortgage loan to Wells Fargo $(636,540.55) | 4110-000 | | | $52,784.66 |
| | | | Earnest Money Retained by Broker applied to his commissions $(10,000.00) | 3510-000 | | | $52,784.66 |
| | | | Sellers credit for Owners Policy $(2,630.00) | 2500-000 | | | $52,784.66 |
| | | | County taxes 07/01/12 to 12/31/12 $(5,625.50) | 2820-000 | | | $52,784.66 |
| | | | 01/01/13 to 04/25/13 Taxes $(3,904.46) | 2820-000 | | | $52,784.66 |
| | | | Rent credit unit 1 $(525.00) | 2500-000 | | | $52,784.66 |
| | | | Rent credit unit 2 $(300.00) | 2500-000 | | | $52,784.66 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $88.33 | $52,696.33 |

| | | | SUBTOTALS | | $52,800.00 | $103.67 | |

Page No: 2

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document      Page 13 of 18

Exhibit 9

| | | |
|---|---|---|
| Case No.: | 12-41377-JBS | |
| Case Name: | STEGEMANN, SCOTT AND STEGEMANN, JENNIFER | |
| Primary Taxpayer ID #: | **-***1734 | |
| Co-Debtor Taxpayer ID #: | **-***1735 | |
| For Period Beginning: | 10/18/2012 | |
| For Period Ending: | 3/6/2015 | |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******7701 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/17/2013 | 3001 | Ardmore Fresh Air, Inc. | Invoice NO. 2839 for 3544 N Wilton Unit 1 Chicago, IL | 2500-000 | | $975.00 | $51,721.33 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $76.29 | $51,645.04 |
| 07/15/2013 | 3002 | ComEd | Account No. 6415728028 1140 W. Oakdale Ave 1 Chicago, IL 60657-4320. | 2990-000 | | $214.44 | $51,430.60 |
| 07/15/2013 | 3003 | Peoples Gas | Account Number 2 5000 6529 17 57 - 1140 W. Oakdale Ave 1 Chicago, IL 60657-4320. | 2990-000 | | $574.00 | $50,856.60 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $82.84 | $50,773.76 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $87.21 | $50,686.55 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $73.87 | $50,612.68 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $81.67 | $50,531.01 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $81.54 | $50,449.47 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $78.78 | $50,370.69 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $86.52 | $50,284.17 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $73.29 | $50,210.88 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $75.79 | $50,135.09 |
| 04/07/2014 | 3004 | International Sureties, Ltd | Bond Payment | 2300-000 | | $42.94 | $50,092.15 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $78.27 | $50,013.88 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $83.31 | $49,930.57 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $75.37 | $49,855.20 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $80.45 | $49,774.75 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $82.91 | $49,691.84 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $75.01 | $49,616.83 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $85.23 | $49,531.60 |
| 01/27/2015 | 3005 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $25,215.00 | $24,316.60 |
| 01/27/2015 | 3005 | VOID: David P. Leibowitz | Void of Check# 3005; check never printed but marked as printed in software, void and reissued checks so they could be printed. | 2100-003 | | ($25,215.00) | $49,531.60 |
| 01/27/2015 | 3006 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $13.94 | $49,517.66 |
| 01/27/2015 | 3006 | VOID: David P. Leibowitz | Void of Check# 3006; check never printed but marked as printed in software, void and reissued checks so they could be printed. | 2200-003 | | ($13.94) | $49,531.60 |
| 01/27/2015 | 3007 | Lakelaw | Claim #: ; Amount Claimed: 8,515.00; Amount Allowed: 8,515.00;  Distribution Dividend: 100.00; | 3110-000 | | $8,515.00 | $41,016.60 |
| 01/27/2015 | 3007 | VOID: Lakelaw | Void of Check# 3007; check never printed but marked as printed in software, void and reissued checks so they could be printed. | 3110-003 | | ($8,515.00) | $49,531.60 |
| | | | **SUBTOTALS** | | $0.00 | $3,164.73 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-41377-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | STEGEMANN, SCOTT  AND STEGEMANN, JENNIFER | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1734 | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | **-***1735 | Account Title: | |
| For Period Beginning: | 10/18/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/27/2015 | 3008 | Lakelaw | Claim #: ; Amount Claimed: 166.84; Amount Allowed: 166.84;  Distribution Dividend: 100.00; | 3120-000 | | $166.84 | $49,364.76 |
| 01/27/2015 | 3008 | VOID: Lakelaw | Void of Check# 3008; check never printed but marked as printed in software, void and reissued checks so they could be printed. | 3120-003 | | ($166.84) | $49,531.60 |
| 01/27/2015 | 3009 | POPOWCER KATTEN | Claim #: ; Amount Claimed: 1,543.50; Amount Allowed: 1,543.50;  Distribution Dividend: 100.00; | 3310-000 | | $1,543.50 | $47,988.10 |
| 01/27/2015 | 3009 | VOID: POPOWCER KATTEN | Void of Check# 3009; check never printed but marked as printed in software, void and reissued checks so they could be printed. | 3310-003 | | ($1,543.50) | $49,531.60 |
| 01/27/2015 | 3010 | Illinois Department of Revenue | Claim #: 14; Amount Claimed: 11,931.19; Amount Allowed: 11,931.19; Distribution Dividend: 100.00; | 5800-000 | | $11,931.19 | $37,600.41 |
| 01/27/2015 | 3010 | VOID: Illinois Department of Revenue | Void of Check# 3010; check never printed but marked as printed in software, void and reissued checks so they could be printed. | 5800-003 | | ($11,931.19) | $49,531.60 |
| 01/27/2015 | 3011 | Advanta Bank Corporation | Claim #: 1; Amount Claimed: 16,235.00; Amount Allowed: 16,235.00; Distribution Dividend: 0.98; | 7100-900 | | $158.98 | $49,372.62 |
| 01/27/2015 | 3011 | VOID: Advanta Bank Corporation | Void of Check# 3011; check never printed but marked as printed in software, void and reissued checks so they could be printed. | 7100-903 | | ($158.98) | $49,531.60 |
| 01/27/2015 | 3012 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: 25,539.87; Amount Allowed: 25,539.87; Distribution Dividend: 0.98; | 7100-900 | | $250.08 | $49,281.52 |
| 01/27/2015 | 3012 | VOID: Capital One Bank (USA), N.A. | Void of Check# 3012; check never printed but marked as printed in software, void and reissued checks so they could be printed. | 7100-903 | | ($250.08) | $49,531.60 |
| 01/27/2015 | 3013 | Capital One Bank (USA), N.A. | Claim #: 4; Amount Claimed: 12,962.43; Amount Allowed: 12,962.43; Distribution Dividend: 0.98; | 7100-900 | | $126.92 | $49,404.68 |
| 01/27/2015 | 3013 | VOID: Capital One Bank (USA), N.A. | Void of Check# 3013; check never printed but marked as printed in software, void and reissued checks so they could be printed. | 7100-903 | | ($126.92) | $49,531.60 |
| 01/27/2015 | 3014 | Asset Acceptance LLC assignee  FIFTH THIRD | Claim #: 5; Amount Claimed: 14,349.21; Amount Allowed: 14,349.21; Distribution Dividend: 0.98; | 7100-900 | | $140.50 | $49,391.10 |
| | | | **SUBTOTALS** | | $0.00 | $140.50 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 12-41377-JBS | |
| **Case Name:** | STEGEMANN, SCOTT  AND STEGEMANN, JENNIFER | |
| **Primary Taxpayer ID #:** | **-***1734 | |
| **Co-Debtor Taxpayer ID #:** | **-***1735 | |
| **For Period Beginning:** | 10/18/2012 | |
| **For Period Ending:** | 3/6/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******7701 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 01/27/2015 | 3014 | VOID: Asset Acceptance LLC assignee  FIFTH | Void of Check# 3014; check never printed but marked as printed in software, void and reissued checks so they could be printed. | 7100-903 | | ($140.50) | $49,531.60 |
| 01/27/2015 | 3015 | FIA CARD SERVICES, N.A.Succesor in Interst to | Claim #: 6; Amount Claimed: 44,480.08; Amount Allowed: 44,480.08; Distribution Dividend: 0.98; | 7100-900 | | $435.53 | $49,096.07 |
| 01/27/2015 | 3015 | VOID: FIA CARD SERVICES, N.A.Succesor | Void of Check# 3015; check never printed but marked as printed in software, void and reissued checks so they could be printed. | 7100-903 | | ($435.53) | $49,531.60 |
| 01/27/2015 | 3016 | FIA CARD SERVICES, N.A. successor in interest | Claim #: 7; Amount Claimed: 41,961.75; Amount Allowed: 41,961.75; Distribution Dividend: 0.98; | 7100-900 | | $410.87 | $49,120.73 |
| 01/27/2015 | 3016 | VOID: FIA CARD SERVICES, N.A. successor | Void of Check# 3016; check never printed but marked as printed in software, void and reissued checks so they could be printed. | 7100-903 | | ($410.87) | $49,531.60 |
| 01/27/2015 | 3017 | eCAST Settlement Corporation, assignee of | Claim #: 8; Amount Claimed: 1,068.30; Amount Allowed: 1,068.30;  Distribution Dividend: 0.98; | 7100-900 | | $10.46 | $49,521.14 |
| 01/27/2015 | 3017 | VOID: eCAST Settlement Corporation, assignee of | Void of Check# 3017; check never printed but marked as printed in software, void and reissued checks so they could be printed. | 7100-903 | | ($10.46) | $49,531.60 |
| 01/27/2015 | 3018 | eCAST Settlement Corporation, assignee of | Claim #: 9; Amount Claimed: 11,028.88; Amount Allowed: 11,028.88; Distribution Dividend: 0.98; | 7100-900 | | $107.99 | $49,423.61 |
| 01/27/2015 | 3018 | VOID: eCAST Settlement Corporation, assignee of | Void of Check# 3018; check never printed but marked as printed in software, void and reissued checks so they could be printed. | 7100-903 | | ($107.99) | $49,531.60 |
| 01/27/2015 | 3019 | American Express Bank, FSB | Claim #: 10; Amount Claimed: 917.29; Amount Allowed: 917.29;  Distribution Dividend: 0.98; | 7100-900 | | $8.98 | $49,522.62 |
| 01/27/2015 | 3019 | VOID: American Express Bank, FSB | Void of Check# 3019; check never printed but marked as printed in software, void and reissued checks so they could be printed. | 7100-903 | | ($8.98) | $49,531.60 |
| 01/27/2015 | 3020 | eCAST Settlement Corporation, assignee of | Claim #: 12; Amount Claimed: 43,076.75; Amount Allowed: 43,076.75; Distribution Dividend: 0.98; | 7100-900 | | $421.79 | $49,109.81 |
| 01/27/2015 | 3020 | VOID: eCAST Settlement Corporation, assignee of | Void of Check# 3020; check never printed but marked as printed in software, void and reissued checks so they could be printed. | 7100-903 | | ($421.79) | $49,531.60 |
| | | | **SUBTOTALS** | | $0.00 | ($140.50) | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-41377-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | STEGEMANN, SCOTT AND STEGEMANN, JENNIFER | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1734 | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | **-***1735 | Account Title: | |
| For Period Beginning: | 10/18/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/27/2015 | 3021 | Portfolio Recovery Associates, LLC successor | Claim #: 13; Amount Claimed: 7,560.58; Amount Allowed: 7,560.58; Distribution Dividend: 0.98; | 7100-900 | | $74.03 | $49,457.57 |
| 01/27/2015 | 3021 | VOID: Portfolio Recovery Associates, LLC successor | Void of Check# 3021; check never printed but marked as printed in software, void and reissued checks so they could be printed. | 7100-903 | | ($74.03) | $49,531.60 |
| 01/27/2015 | 3022 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $25,215.00 | $24,316.60 |
| 01/27/2015 | 3023 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $13.94 | $24,302.66 |
| 01/27/2015 | 3024 | Lakelaw | Claim #: ; Amount Claimed: 8,515.00; Amount Allowed: 8,515.00; Distribution Dividend: 100.00; | 3110-000 | | $8,515.00 | $15,787.66 |
| 01/27/2015 | 3025 | Lakelaw | Claim #: ; Amount Claimed: 166.84; Amount Allowed: 166.84; Distribution Dividend: 100.00; | 3120-000 | | $166.84 | $15,620.82 |
| 01/27/2015 | 3026 | POPOWCER KATTEN | Claim #: ; Amount Claimed: 1,543.50; Amount Allowed: 1,543.50; Distribution Dividend: 100.00; | 3310-000 | | $1,543.50 | $14,077.32 |
| 01/27/2015 | 3027 | Illinois Department of Revenue | Claim #: 14; Amount Claimed: 11,931.19; Amount Allowed: 11,931.19; Distribution Dividend: 100.00; | 5800-000 | | $11,931.19 | $2,146.13 |
| 01/27/2015 | 3028 | Advanta Bank Corporation | Claim #: 1; Amount Claimed: 16,235.00; Amount Allowed: 16,235.00; Distribution Dividend: 0.98; | 7100-900 | | $158.98 | $1,987.15 |
| 01/27/2015 | 3029 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: 25,539.87; Amount Allowed: 25,539.87; Distribution Dividend: 0.98; | 7100-900 | | $250.08 | $1,737.07 |
| 01/27/2015 | 3030 | Capital One Bank (USA), N.A. | Claim #: 4; Amount Claimed: 12,962.43; Amount Allowed: 12,962.43; Distribution Dividend: 0.98; | 7100-900 | | $126.92 | $1,610.15 |
| 01/27/2015 | 3031 | Asset Acceptance LLC assignee FIFTH THIRD | Claim #: 5; Amount Claimed: 14,349.21; Amount Allowed: 14,349.21; Distribution Dividend: 0.98; | 7100-900 | | $140.50 | $1,469.65 |
| 01/27/2015 | 3032 | FIA CARD SERVICES, N.A.Sucesor in Interst to | Claim #: 6; Amount Claimed: 44,480.08; Amount Allowed: 44,480.08; Distribution Dividend: 0.98; | 7100-900 | | $435.53 | $1,034.12 |
| 01/27/2015 | 3033 | FIA CARD SERVICES, N.A. successor in interest | Claim #: 7; Amount Claimed: 41,961.75; Amount Allowed: 41,961.75; Distribution Dividend: 0.98; | 7100-900 | | $410.87 | $623.25 |
| 01/27/2015 | 3034 | eCAST Settlement Corporation, assignee of | Claim #: 8; Amount Claimed: 1,068.30; Amount Allowed: 1,068.30; Distribution Dividend: 0.98; | 7100-900 | | $10.46 | $612.79 |
| 01/27/2015 | 3035 | eCAST Settlement Corporation, assignee of | Claim #: 9; Amount Claimed: 11,028.88; Amount Allowed: 11,028.88; Distribution Dividend: 0.98; | 7100-900 | | $107.99 | $504.80 |
| | | | **SUBTOTALS** | | $0.00 | $49,026.80 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 12-41377-JBS |
| **Case Name:** | STEGEMANN, SCOTT  AND STEGEMANN, JENNIFER |
| **Primary Taxpayer ID #:** | **-***1734 |
| **Co-Debtor Taxpayer ID #:** | **-***1735 |
| **For Period Beginning:** | 10/18/2012 |
| **For Period Ending:** | 3/6/2015 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******7701 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/27/2015 | 3036 | American Express Bank, FSB | Claim #: 10; Amount Claimed: 917.29; Amount Allowed: 917.29;  Distribution Dividend: 0.98; | 7100-900 | | $8.98 | $495.82 |
| 01/27/2015 | 3037 | eCAST Settlement Corporation, assignee of | Claim #: 12; Amount Claimed: 43,076.75; Amount Allowed: 43,076.75; Distribution Dividend: 0.98; | 7100-900 | | $421.79 | $74.03 |
| 01/27/2015 | 3038 | Portfolio Recovery Associates, LLC successor | Claim #: 13; Amount Claimed: 7,560.58; Amount Allowed: 7,560.58;  Distribution Dividend: 0.98; | 7100-900 | | $74.03 | $0.00 |
| | | | **TOTALS:** | | $52,800.00 | $52,800.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $52,800.00 | $52,800.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $52,800.00 | $52,800.00 | |

**For the period of  10/18/2012 to 3/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $839,300.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $839,300.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $839,300.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $839,300.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 03/07/2013 to 3/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $839,300.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $839,300.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $839,300.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $839,300.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

Case 12-41377   Doc 91   Filed 04/02/15   Entered 04/02/15 15:46:50   Desc Main

**FORM 2**

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document      Page 18 of 18

| | | |
|---|---|---|
| **Case No.** | 12-41377-JBS | |
| **Case Name:** | STEGEMANN, SCOTT  AND STEGEMANN, JENNIFER | |
| **Primary Taxpayer ID #:** | **-***1734 | |
| **Co-Debtor Taxpayer ID #:** | **-***1735 | |
| **For Period Beginning:** | 10/18/2012 | |
| **For Period Ending:** | 3/6/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******7701 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $52,800.00 | $52,800.00 | $0.00 |

**For the period of 10/18/2012 to 3/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $839,300.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $839,300.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $839,300.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $839,300.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the case between  10/18/2012 to 3/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $839,300.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $839,300.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $839,300.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $839,300.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |